IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Civ. No. 3:12-cv-0116 (VLB) |
| JHW GREENTREE CAPITAL, L.P. | ) |
| Defendant | ) |

### ORDER

Upon full consideration of the Unopposed Motion of the U.S. Small Business Administration as Receiver for JHW Greentree Capital, L.P. for Entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED THAT:**

    1.    The Receiver's Motion for Entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is GRANTED;

    2.    Following the entry of this Order, the Receiver is ORDERED to send notice, substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to those persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which the Receiver has reason to believe are creditors, agents, former directors or officers, employees, partners,

participant investors or lenders with Greentree, portfolio concerns or limited partners of Greentree, and to any other persons or entities who have, during the term of the receivership, asserted a claim (of whatever kind or merit) against Greentree, the Greentree receivership estate, or assets or funds in the possession of the Receiver;

      3.    The Receiver is further ORDERED to publish notice, substantially in the form set forth in Exhibit "A" hereto, once each week for two weeks in *New York Daily News* and in the *Stamford Advocate,* newspapers of general circulation;

      4.    This Court further ORDERS that the notice provided in the form and manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the circumstances, to persons or entities who may have claims against Greentree, the Greentree receivership estate, or assets or funds in the possession of the Receiver;

      5.    All persons or entities having claims against Greentree, or the Greentree receivership estate, or assets or funds in the possession of the Greentree, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, attn: Michael Alpert, Principal Agent for SBA, c/o Stephanie Sheridan, Receiver for JHW Greentree Capital LP, 1100 G Street, NW, 11th Floor, Washington, D.C. 20005, within thirty (30) days of the

last day of notice by publication, which date will be stated in the mailed and published notices;

6.   In setting forth a claim against Greentree, the Greentree receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which the obligation was allegedly incurred by Greentree.  Such claimants shall also provide at the time of filing such written claims any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7.   In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8.   To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against Greentree,

the Greentree receivership estate, or assets or funds in the possession of the Receiver, in the form and by the time and date required by this Order, shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether now known or unknown, against Greentree, its Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

**SO ORDERED** this  27th  day of  September , 2012.


_____/s/_____
The Honorable Vanessa L. Bryant
United States District Court Judge