IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                            )
UNITED STATES OF AMERICA,      )
                                            )
    Plaintiff                           )
                                            )
    v.                                   ) Civ. Action No. 3:12-cv-0116 (VLB)
                                            )
JHW GREENTREE CAPITAL, L.P.    )
                                            )
    Defendant                        )
_____)

# ORDER

Before this Court is the Joint Motion of the United States Small Business Administration as Receiver for JHW Greentree Capital, L.P. ("JHW") and RMV Holdings, LLC for Entry of an Order Lifting the Judicial Stay for a Limited Purpose. After consideration of the pleadings filed, it is hereby ORDERED that:

    1.    The Joint Motion is granted in its entirety;

    2.    The stay and injunction imposed by paragraphs 7 and 8 of this Court's February 10, 2012 Order is hereby lifted for the specific and limited purpose of allowing California state court action *RMV Holdings, LLC v. Fresh Enterprises, LLC*, Case Number 1-13- CV 242030, currently pending in the Superior Court for the State of California, County of Santa Clara. The stay and injunction is therefore lifted for the specific and limited purpose of allowing the referenced action to commence and proceed without further order of this Court.

    3.    Other than as specifically ordered by this Court, the stay and injunction imposed by paragraphs 7 and 8 of this Court's February 10, 2012 Order

1

shall remain in full force and effect as to all JHW's portfolio concerns including BF Acquisition Holdings, LLC, Triune, LLC, Fresh Enterprises, LLC, La Salsa Franchise, LLC and LAS Acquisition, LLC.

SO ORDERED this  18  day of   April   , 2013.

               /S/
_____
The Honorable Vanessa L. Bryant
United States District Court Judge