UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
|     Plaintiff,                                        : | CIVIL ACTION NO. |
|                                                           : | 3:12-CV-00116 (VLB) |
| v.                                                        : | |
|                                                           : | |
| JHW GREENTREE CAPITAL, L.P.,       : | |
|     Defendant.                                      : | |

## ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE

Before this Court is the Motion of the United States Small Business Administration as Receiver for JHW Greentree Capital, L.P. ("JHW") for Entry of an Order Lifting the Judicial Stay for a Limited Purpose. After consideration of the pleadings, it is hereby ORDERED that:

1. The Receiver's Motion is granted in its entirety;

2. The stay and injunction imposed by paragraphs 7 and 8 of this Court's February 10, 2012 Order is hereby lifted for all purposes as to the Superior Court of California, Orange County action *Simplified Business information, Inc. v. Baja Fresh Westlake Village, Inc., et al.*, Case No. 30-2009-00316824, and *Casdex v. Baja Fresh Westlake Village, Inc., et al.*, Case No. 30-2009-00316832 ("SBI/CASDEX ACTION") only.

IT IS SO ORDERED.

_____/s/_____
**Hon. Vanessa L. Bryant**
**United States District Judge**

Dated at Hartford, Connecticut: September 3, 2014